UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MIRANDA,<br><br>　　　　　Plaintiff,<br>v.<br>FIELD ASSET SERVICES and INDYMAC MORTGAGE SERVICES a/k/a IndyMac Federal Bank, FSB,<br><br>　　　　　Defendants. | Case No. 3:11-cv-1514-GPC-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**(ECF NO. 42)** |

Having considered the parties' Joint Motion to Dismiss Action with Prejudice, and finding good cause therefor, the Court hereby **GRANTS** the Joint Motion. Accordingly, this entire action is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is directed to terminate this case.

**SO ORDERED.**

DATED: August 27, 2013

HON. GONZALO P. CURIEL
United States District Judge